1132

No. 04–9723. JOHNSON v. BERKELEY COUNTY SHERIFF'S DEPARTMENT AND DETENTION CENTER. C. A. 4th Cir. Certiorari denied.

No. 04–9725. MOORE v. CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9732. BATTY v. TENNIS, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–9733. WOOD v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 04–9734. ROSE v. MCMURRAY ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–9735. WELLS v. 19TH JUDICIAL DISTRICT COURT OF LOUISIANA ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–9739. ROSE v. ASPER ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–9751. BROWN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–9755. KING v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–9756. JACKSON v. WILSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 04–9758. JONES v. BITNER ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–9766. PAGE v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 04–9793. GARRAWAY v. FEDERAL BUREAU OF PRISONS. C. A. 10th Cir. Certiorari denied.

No. 04–9819. WANGUNHARDJO v. GONZALES, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.